IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:99 CR 5-1
FINANCIAL LITIGATION UNIT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>ANDREW STEVE DEBELLOT, )<br>)<br>Defendant, )<br>and )<br>)<br>M B HAYNES CORP, )<br>)<br>Garnishee. )<br>_____ ) | ORDER |

Pending before the Court is the Government's Motion for Dismissal of the Order of Continuing Garnishment [# 92]. The balance of the assessment, fine, and/or restitution debt to the United States in this case has been satisfied. Therefore, there is good cause to grant the order.

The Court **GRANTS** the motion [# 92] and the Order of Continuing Garnishment [# 90] is **DISMISSED**.

Signed: November 17, 2017

Dennis L. Howell
United States Magistrate Judge